**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Morris Street Development, LLC | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 93-1747690 | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>314 North Morris St<br>Oxford, MD 21654<br>Number, Street, City, State & ZIP Code<br><br>Talbot<br>County | **Mailing address, if different from principal place of business**<br><br>3103 Tennyson Street NW<br>Washington, DC 20015<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor 3103 Ten, LLC Relationship Affiliate

Debtor Morris Street Development, LLC Case number (*if known*) ______
Name

| | | | | | |
|---|---|---|---|---|---|
| District | United States Bankruptcy Court for the District of Columbia | When | 1/28/26 | Case number, if known | 26-0038 |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Morris Street Development, LLC
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2026
MM / DD / YYYY

**X** /s/ David Snyder
Signature of authorized representative of debtor

David Snyder
Printed name

Title Managing Member

**18. Signature of attorney**

**X** /s/ Christianna Cathcart
Signature of attorney for debtor

Date January 28, 2026
MM / DD / YYYY

Christianna Cathcart
Printed name

The Belmont Firm
Firm name

1050 Connecticut NW
Suite 500
Washington, DC 20036
Number, Street, City, State & ZIP Code

Contact phone

Email address christianna@dakotabankruptcy.com

DC
Bar number and State

**RESOLUTION AUTHORIZING BANKRUPTCY FILINGS**

The undersigned, being the sole member of Morris Street Development, LLC ("Morris Street"), does hereby resolve as follows:

WHEREAS, Morris Street is experiencing financial distress relating to its real estate obligations;

WHEREAS, the primary real estate asset of Morris Street faces the risk of foreclosure absent an orderly restructuring; and

WHEREAS, there is a belief that Morris Street may be able to avoid foreclosure and pursue a sale of its real estate asset at a greater value than would be realized through a foreclosure process;

IT IS NOW, THEREFORE, RESOLVED as follows:

1. Pursuant to Section 4A-403(d)(2)(i) of the Maryland Corporations and Associations Code, David Snyder ("Mr. Snyder") is authorized to take any and all actions necessary or appropriate to cause Morris Street to file a voluntary petition for relief pursuant to Section 301 of Title 11 of the United States Code;

2. Mr. Snyder is hereby authorized to engage counsel to act as general insolvency counsel to Morris Street, and any actions previously taken in furtherance thereof are hereby ratified and approved to the extent necessary; and

3. Mr. Snyder is authorized and directed to work with the general insolvency counsel to reorganize Morris Street through such means as may be most efficient.

4.

Dated this 16th day of January 2026

☐

MORRIS STREET DEVELOPMENT, LLC

By: ______________________________

By: David Snyder
Its: Sole Member

Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. |
| | ) | (Chapter 11) |
| Morris Street Development, LLC | ) | |
| | ) | |
| Debtors. | ) | |

**NOTES ACCOMPANYING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

1. Morris Street Development, LLC ("Morris Street" or the "Debtor") is a single-purpose real estate holding entity. The Debtor's primary asset is real property located at 314 North Morris Street, Oxford, Maryland (the "Property"), which houses the historic Robert Morris Inn hotel and restaurant. Operations at the Property are conducted by affiliated, non-debtor entities; however, as of January 28, 2026 (the "Petition Date"), neither the hotel nor the restaurant is operating.

2. The Property has been posted with a condemnation placard issued by the Town of Oxford pursuant to the International Property Maintenance Code. The notice, dated January 6, 2026, states that the structure has been deemed unsafe and unfit for human occupancy and that occupancy has been prohibited. The Debtor is evaluating its rights and remedies with respect to the condemnation.

3. Schedule A/B, line 22 references inventory associated with hotel and restaurant operations conducted by affiliated, non-debtor entities. While this inventory is the property of those entities, it is located at and used in connection with the Property. The Debtor claims a limited possessory interest, as described herein, solely to the extent certain items are annexed to, adapted for, or integrated into the Property and therefore may constitute fixtures of Morris Street. The Debtor reserves all rights with respect to the characterization of such property as fixtures or personal property.

4. The Debtor does not maintain formal financial records typically associated with an operating business, such as balance sheets, cash flow statements, and profit-and-loss statements. This is attributable to the Debtor's limited activities as a single-purpose real estate holding entity and the absence of sustained business operations. Accordingly, formal financial statements were not generated or maintained in the ordinary course. For similar reasons, tax returns and related financial documentation are unavailable. Post-petition, the Debtor will assess its tax filing obligations and, if required, will take appropriate steps to prepare and file any outstanding returns in consultation with appropriate professionals.

Respectfully submitted,

Dated: January 28, 2026, By: /s/ Christianna A. Cathcart

Christianna A. Cathcart, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtors*

**Fill in this information to identify the case:**

Debtor name: Morris Street Development, LLC

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2026

X /s/ David Snyder
Signature of individual signing on behalf of debtor

David Snyder
Printed name

Managing Member
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Morris Street Development, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Francesca Engler<br>7525 Gainey Rnch<br>Scottsdale, AZ 85258 | | Personal Loan | | | | $500,000.00 |
| Red Coconut<br>P.O. Box 118<br>Oxford, MD 21654 | | Note | | | | $200,000.00 |
| SBD Nebraska, LLC<br>5504 NEBRASKA AVE NW,<br><br>Washington, DC 20015 | | | Contingent<br>Disputed | | | $180,000.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Morris Street Development, LLC

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*... | $ 3,300,000.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*... | $ 5,850.00 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*... | $ 3,305,850.00 |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*... | $ 2,599,491.19 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*... | $ 0.00 |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*... | +$ 880,000.00 |
| 4. **Total liabilities** ... Lines 2 + 3a + 3b | $ 3,479,491.19 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Morris Street Development, LLC

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Bank of America | Savings | 9674 | $5,850.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $5,850.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Morris Street Development, LLC Case number *(If known)*
Name

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | See attached Exhibit A | | $0.00 | | Unknown |

23. **Total of Part 5.** $0.00
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value ____ Valuation method ____ Current Value ____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Morris Street Development, LLC Case number *(If known)*
Name

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. 314 North Morris St. Oxford, MD 21654 | Fee Simple | $0.00 | Appraisal | $3,300,000.00 |

56. **Total of Part 9.** $3,300,000.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** Potential claims and causes of action against the Town of Oxford and related parties arising from municipal inspection, code enforcement, and condemnation actions affecting real property located at 314 North Morris Street, Oxford, Maryland. | Unknown |
| **Nature of claim** | |
| **Amount requested** $0.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Morris Street Development, LLC
Name

Case number *(If known)*

**set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Morris Street Development, LLC Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | | $5,850.00 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | $1.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | $0.00 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | $0.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | $0.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | $0.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | | | $3,300,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | | $5,851.00 | + 91b. | $3,300,000.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 $3,305,851.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# EXHIBIT A

**The Robert Morris Inn**

**INVENTORY OF CONTENTS as @ 1st March 2015**

*No single item with a value of $5,000 or more.*

SECOND FLOOR LANDING
Chest of drawers
Bookcase
Chair

SECOND FLOOR
**ROOM 1**
Tester bed and mattress
Bed steps
Pair bedside tables
Chest of drawers
Desk
Sofa
Chair
Floor lamp
Pair bedside lamps
One mirror
Three pictures
Window blinds
Window dressings
Two floor rugs
Coffee tables
Torch
Books
**ROOM 2**
King bed and mattress
Pair bedside tables
Chest of drawers
Desk
Sofa
Chair
Floor lamp
Pair bedside lamps
One mirror
Three pictures
Window blinds
Window dressings
Two floor rugs
Coffee table
Torch

Books
**ROOM 4**
Standard bed and mattress
One bedside table
Chest of drawers
Chair
Floor lamp
Pair bedside lamps
One mirror
Two pictures
Window blinds
Window dressing
One floor rug
Torch
Books
**ROOM 6**
King bed and mattress
Pair bedside tables
Chest of drawers
Desk
Sofa
Chair
Floor lamp
Pair bedside lamps
One mirror
Three pictures
Window blinds
Window dressings
Coffee table
Torch
Books
**ROOM 10**
King bed and mattress
Pair bedside tables
Chest of drawers
Sofa
Chair
Floor lamp
Pair bedside lamps
One mirror
Three pictures
Window blinds
Window dressings

Coffee tables
Torch
Books
**ROOM 14**
Double bed and mattress
One bedside table
Chest of drawers
Floor lamp
Pair bedside lamps
One mirror
Two pictures
Window blinds
Window dressings
Two floor rugs
Torch
Books
**ROOM 7**
King bed and mattress
Pair bedside tables
Chest of drawers
Desk
Sofa
Chair
Floor lamp
Pair bedside lamps
One mirror
Three pictures
Window blinds
Window dressings
Coffee table
Torch
Books
**ROOM 5**
Standard bed and mattress
One bedside table
Chest of drawers
Chair
Floor lamp
Pair bedside lamps
One mirror
Two pictures
Window blinds
Window dressing

One floor rug
Torch
Books

THIRD FLOOR LANDING
Chest of drawers
Books
Plaster bust
Keurig Machine

THIRD FLOOR
**ROOM 15**
Tester bed and mattress
Bed steps
Pair bedside tables
Chest of drawers
Desk
Sofa
Chair
Floor lamp
Pair bedside lamps
One mirror
Three pictures
Window blinds
Window dressings
Two floor rugs
Coffee table
Torch
Books
**ROOM 17**
King bed and mattress
Pair bedside tables
Chest of drawers
Desk
Sofa
Chair
Floor lamp
Pair bedside lamps
One mirror
Three pictures
Window blinds
Window dressings
Two floor rugs

Coffee tables
Torch
Books
**ROOM 19**
Queen bed and mattress
Pair bedside tables
Chest of drawers
Desk
Sofa
Chair
Floor lamp
Pair bedside lamps
One mirror
Three pictures
Window blinds
Window dressings
Two floor rugs
Coffee table
Torch
Books
**ROOM 23**
Double bed and mattress
Pair bedside tables
Chest of drawers
Floor lamp
Pair bedside lamps
One mirror
Two pictures
Window blinds
Window dressings
Torch
Books
**ROOM 25**
King bed and mattress
Pair bedside tables
Chest of drawers
Desk
Sofa
Chair
Floor lamp
Pair bedside lamps
One mirror
Three pictures
Window blinds

Window dressings
Coffee tables
Torch
Books
**ROOM 20**
Tester bed and mattress
Bed steps
Pair bedside tables
Chest of drawers
Desk
Sofa
Chair
Floor lamp
Pair bedside lamps
One mirror
Three pictures
Window blinds
Window dressings
Coffee table
Torch
Books

BOTTLE COTTAGE
**BTL 1**
King bed and mattress
Pair bedside tables
Chest of drawers
Two chairs
Floor lamp
Pair bedside lamps
One mirror
Three pictures
Window blinds
Window dressings
Coffee table
Television
Kuerig Machine
Torch
Books
**BTL 2**
King bed and mattress
Pair bedside tables
Chest of drawers
Two chairs

Floor lamp
Pair bedside lamps
One mirror
Three pictures
Window blinds
Window dressings
Coffee table
Television
Kuerig Machine
Torch
Books

ENTRANCE HALL
Umbrella stand
Five pictures
Clock
Table
Two chairs

PARLOUR ROOM
Two sofas
Four chairs
Dresser
Side table
Chest of drawers
Ten pictures
Television
Books
Mantle clock

OFFICE
Digital Dining EPOS Server
Guest Master and Front Office Server
Two PC Stations
Router and Hub
Fire Alarm Control
Desk
Shelving
Four chairs
Safe
File cabinets

BASEMENT
Oil furnace

Hot water recirculator
Sprinkler control station and pump
Electrical switchgear
DINING ROOM
60 dining chairs
Assorted dining tables
Five sets window dressings
Four large painted wallpaper panels

TAP ROOM
28 Captains Dining Chairs
Various dining tables
Service station
Six pictures
Two half hulls
Window shutters

TAVERN
45 Captain dining chairs
Various dining tables
Service station
Four brick dining booths

TAVERN BAR
Digital Dining EPOS terminal, printer and register
Back bar with lower cupboards, mirror, shelving x 2
Front bar match in with back foot rail
Wine racks back bar
1 each wait station beverage counter
1 each bar sink
1 each Ice bin
1 each bottle cooler
1 each Keg unit
1 each glass door bar unit
1 each ice machine 500lb capacity
Crockery to service 110 full place settings
Cutlery to service 110 full place settings: soup/dessert spoon, salad/pastry fork, butter knife, main course knife and fork, oyster fork, tea spoon,
Espresso machine
Beer Cooler Bev air BM23
Glassware to service 110 full place settings
Water glass, Collins frosted, cordial, brandy snifter, Hurricane, high Ball Pilsner, Rocks, whiskey, Red wine, white wine, Muddler wood, Pourer liquor,

Cutting board, carafe measure, cocktail strainer, Wine bucket or cooler, Martini shakers, condiment tray, Oval and round serving trays, serving tray rectangular and round
Cork trays round, bar liners, Bar Caddy, bar spoons, Utility Cart Stainless
3 shelf Tabco Speed racks x1
Water pitchers, place mats, Air pots, tray stands
Glass washer

KITCHEN

Digital Dining mobile terminal pad and two kitchen printers
Self cleaning hood with 15ft stainless hood, back return,
Ductwork, Exhaust fan, make up air fan and fire system.
Double stack gas convection oven w/casters
Six burner range w/standard oven casters
24" radiant char broiler
24" thermostatic griddle
5 pan convection steamer
Double fryer
One lot of quick disconnects
60 inch pizza prep table with double over shelf
48 inch work top freezer with double over shelf
9" plate cabinet
Three compartment pot sink with accessories
2 each hand sinks
Work table with built in prep sink
67 inch pizza prep table with double over shelf
Enclosed work table with middle shelf
1 each soiled dish table w/ accessories
1 high temp dish machine
1 each condensate hood
1 each clean dish table
1 each Freezer
1 lot of dry storage shelving
1 each work top refrigerator
Berkel slicer
Microwave oven (commercial)
Sandwich press
Waring bar mixer
Robot coupe food processor with attachments
Vita prep
Low profile mobile can rack
Bowls, stock pots, Sauce pans, frying pans, kitchen utensils
Sieves, measuring utensils, scales large and small portion control.
Storage buckets, mis en place containers, full size hotel pans, sheet pans, full and half size, perforated full size and half size, timers and storage bins.

COOLER FREEZER
Walk-in Fridge
Walk-in Freezer
Wheeled shelving units

OUTSIDE STORAGE
Outdoor dining chairs 40
Various outdoor dining tables
Four picnic tables
Four umbrellas
Diesel generator

OTHER
Above ground Oil tank for heating and hot water
Underground Gas tank for kitchen cooking
Above ground Gas Tank for Tavern Fire

STOCKS
Disposables $750.00
Liquor stock on premises $8,045.78
Food stock on the premises, fresh and frozen $10,619
Oil $1,807.00
Gas $1,230.00

**Fill in this information to identify the case:**

Debtor name: Morris Street Development, LLC

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Harvest Small Business Finance, LLC | $2,599,491.19 | $3,300,000.00 |

Creditor's Name: Harvest Small Business Finance, LLC

Creditor's mailing address: 24422 Avenida De La Carlota, Ste 400, Laguna Hills, CA 92653

Creditor's email address, if known:

**Date debt was incurred:** 02/06/2024

**Last 4 digits of account number:** 2509

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien:** 314 North Morris St. Oxford, MD 21654

**Describe the lien:** Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $2,599,491.19

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| U.S. Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 | Line 2.1 | 9109 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Morris Street Development, LLC

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ____________________

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21411<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $0.00 | $0.00 |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Francesca Engler<br>7525 Gainey Rnch<br>Scottsdale, AZ 85258<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Personal Loan<br>Is the claim subject to offset? ☒ No ☐ Yes | $500,000.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Morris Street Development, LLC Case number (if known)
Name

3.2 **Nonpriority creditor's name and mailing address**
Red Coconut
P.O. Box 118
Oxford, MD 21654

**As of the petition filing date, the claim is:** *Check all that apply.* $200,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Note
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
SBD Nebraska, LLC
5504 NEBRASKA AVE NW,

Washington, DC 20015

**As of the petition filing date, the claim is:** *Check all that apply.* $180,000.00

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 880,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 880,000.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Morris Street Development, LLC

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Assignment of Leases and Rents and Subordination Agreement in favor of Harvest Small Business Finance, LLC. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Harvest Small Business Finance, LLC |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease of hotel and restaurant premises located at 314 N. Morris Street, Oxford, Maryland, between Morris Street Development, LLC (Lessor) and Rob Morris LLC and Financier Restaurant Group, LLC (Lessees). | |
| | State the term remaining | Approximately 24 years and 3 months remaining (through ~February 2049) | |
| | List the contract number of any government contract | | Rob Morris LLC and Financier Restaurant<br>314 North Morris Street<br>Oxford, MD 21654 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Morris Street Development, LLC

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | 3103 Ten, LLC | 3103 Tennyson Street Northwest<br><br>Washington, DC 20015<br>Unconditional Limited Guarantor | Harvest Small Business Finance, LLC | ☒ D 2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | David Snyder | 76300 31st St. NW<br>Washington, DC 20015<br>Unconditional Guarantor | Harvest Small Business Finance, LLC | ☒ D 2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Financier Hospitality Group, LLC | 314 North Morris St<br>Oxford, MD 21654<br>Unconditional Guarantor | Harvest Small Business Finance, LLC | ☒ D 2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Financier Restaurant Group, LLC | 314 North Morris St<br>Oxford, MD 21654<br>Co-Borrower | Harvest Small Business Finance, LLC | ☒ D 2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Francesca Englar | 7525 Gainey Rnch<br>Scottsdale, AZ 85258<br>Unconditional Guarantor | Harvest Small Business Finance, LLC | ☒ D 2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.6 | Rob Morris LLC | 314 North Morris St<br>Oxford, MD 21654<br>Co-Borrower | Harvest Small Business Finance, LLC | ☒ D 2.1<br>☐ E/F ____<br>☐ G ____ |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Morris Street Development, LLC Case number *(if known)* ______________

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | SBD Opportunities Management, LLC | 1717 N ST NW, Suite 1<br>Washington, DC 20036<br>Unconditional Limited Guarantor | Harvest Small Business Finance, LLC | ☒ D 2.1<br>☐ E/F _____<br>☐ G _____ |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Morris Street Development, LLC

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☒ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Town of Oxford Code Enforcement ? Condemnation of 314 N. Morris Street<br>N/A | Municipal code enforcement condemnation. | Town of Oxford - Code Enforcment<br>101 Market St<br>Oxford, MD 21654 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Belmont Firm<br>1050 Connecticut Ave, NW<br>Washington, DC 20036 | | 09/10/2025 | $3,000.00 |

**Email or website address**
https://www.dcbankruptcy.com

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Morris Street Development, LLC Case number (if known)

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Snyder | 314 Morris Street<br>Washington, DC 20015 | Managing member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2026

/s/ David Snyder
Signature of individual signing on behalf of the debtor

David Snyder
Printed name

Position or relationship to debtor Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Columbia

In re Morris Street Development, LLC — Debtor(s)

Case No. ____________

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| David Snyder<br>PO Box 118<br>Oxford, MD 20015 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date January 28, 2026

Signature /s/ David Snyder
David Snyder

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

LOCAL OFFICIAL FORM 102

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re
Morris Street Development, LLC,

Debtor(s)

**Case No.**

**Chapter** 11

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a flat fee of | $ | |
| Filing Fees | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

For legal services, I have agreed to accept and received a retainer of $15,000.00.

The undersigned shall bill against the retainer at an hourly rate of $600.00

3. The source of the compensation paid to me was:

☒ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

☒ Debtor ☐ Other (specify):

5 ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court's presumptively reasonable fee in a chapter 13 case;
e. [Other provisions as needed]
Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**CERTIFICATION**

I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: January 28, 2026

/s/ Christianna Cathcart
Signature of attorney

Christianna Cathcart
Name, Bar Number
The Belmont Firm
Firm
1050 Connecticut NW
Suite 500
Washington, DC 20036
Address

Telephone
christianna@dakotabankruptcy.com
Email Address



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3103 Ten, LLC
3103 Tennyson Street Northwest
Washington, DC 20015

5504 Nebraska LLC

Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21411

David Snyder
76300 31st St. NW
Washington, DC 20015

Financier Hospitality Group, LLC
314 North Morris St
Oxford, MD 21654

Financier Restaurant Group, LLC
314 North Morris St
Oxford, MD 21654

Francesca Englar
7525 Gainey Rnch
Scottsdale, AZ 85258

Francesca Engler
7525 Gainey Rnch
Scottsdale, AZ 85258

Harvest Small Business Finance, LLC
24422 Avenida De La Carlota, Ste 400
Laguna Hills, CA 92653

Harvest Small Business Finance, LLC

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Red Coconut
P.O. Box 118
Oxford, MD 21654

Red Coconut
PO Box 118
Oxford, MD 21654

Rob Morris LLC
314 North Morris St
Oxford, MD 21654

Rob Morris LLC and Financier Restaurant
314 North Morris Street
Oxford, MD 21654

SBD Nebraska, LLC
5504 NEBRASKA AVE NW,
Washington, DC 20015

SBD Opportunities Management, LLC
1717 N ST NW, Suite 1
Washington, DC 20036

U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

# United States Bankruptcy Court
## District of Columbia

In re Morris Street Development, LLC — Debtor(s)

Case No. ________

Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Morris Street Development, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 28, 2026
Date

/s/ Christianna Cathcart
Christianna Cathcart
Signature of Attorney or Litigant
Counsel for Morris Street Development, LLC

The Belmont Firm
1050 Connecticut NW
Suite 500
Washington, DC 20036
Fax:
christianna@dakotabankruptcy.com

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com